886 A.2d 224

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Carlus GRUNDY, Appellant.**

**Commonwealth of Pennsylvania, Appellee**

v.

**Darnel Pigford, Appellant.**

Supreme Court of Pennsylvania.

Argued: Oct. 18, 2005.

Decided Nov. 4, 2005.

### ORDER

PER CURIAM.

Appeals dismissed as having been improvidently granted.